UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAWYER WACKERLE,<br><br>　　　　　Defendant. | Case: 1:25-cr-20846<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 11-12-2025<br>SEALED MATTER (krc)<br><br>Violations:<br>21 U.S.C. § 841 |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii)**

On or about September 18, 2025, in the Eastern District of Michigan, SAWYER WACKERLE, knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

Dated: November 12, 2025

JEROME F. GORGON, JR.
United States Attorney

*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

Companion Case information MUST be completed by AUSA and initialed

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:25-cr-20846
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-12-2025
SEALED MATTER (krc)

**Case Title:** USA v.  Sawyer Wackerle

**County where offense occurred:**  Bay

**Check One:**  X Felony    __ Misdemeanor    __ Petty

    X    Indictment/____Information ---  **no** prior complaint.
    _____Indictment/____Information ---  based upon prior complaint []
    _____Indictment/____Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  November 12, 2025

*s/William Orr*
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.